**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

LaShonda G. Derouen                Karen Weems
Attorney at Law                    In Proper Person
405 West Main                      55 Rosier Road
Lafayette LA 70502                 DeVille LA 71328

**REHEARING ACTION: August 3, 2016**

**Docket Number: 15   00854-WCA**

**KAREN WEEMS**
**VERSUS**
**ELECTRIC INS. CO., ET AL.**

**Appealed from Office of Workers' Compensation - # 2 Case No. 14-02187**

**BEFORE JUDGES:**

   Hon. Marc T. Amy
   Hon. Billy Howard Ezell
   D. Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Karen Weems** has this day been

   **DENIED.**

cc: Bradley Paul Naccari, Counsel for the Appellee